AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MARVIN KIMMIE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:26-mj- 73<br>)<br>)<br>)<br>)<br>) |

FILED
MAR 13 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 9, 2025  in the county of  Virginia Beach, Virginia  in the
 Eastern  District of  Virgina , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute 50 grams or more of Methamphetamine |

This criminal complaint is based on these facts:
See Attached

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Matthew J. Heck

*Complainant's signature*

Mark Bennett, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/12/2026

*Judge's signature*

City and state:  Newport News, Virginia

United States Magistrate Judge Douglas E. Miller
/s/
Douglas E. Miller *Printed name and title*
United States Magistrate Judge